UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SHERRIE LYNN LEWIS,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>BASHIR H. NONE ABDI and TRANSCO LINES, INC.,<br><br>　　　　　Defendants. | Case No. 2:18-CV-00408-APG-CWH<br><br>**ORDER DENYING VOLUNTARY DISMISSAL**<br><br>(ECF No. 21) |

　　　　Plaintiff Sherrie Lynn Lewis filed a Notice of Voluntary Dismissal. ECF No. 21. However, under Federal Rule of Civil Procedure 41(a)(1)(A), once a defendant serves an answer or motion for summary judgment, dismissal requires a stipulation of the parties or a court order. Defendant Transco filed an answer to the complaint (ECF No. 11), so the notice of voluntary dismissal is ineffective.

　　　　IT IS THEREFORE ORDERED that plaintiff Sherrie Lynn Lewis's Notice of Voluntary Dismissal **(ECF No. 21) is DENIED**. The parties shall file a stipulation to dismiss this case, or Lewis may file a motion to dismiss and allow Transco to respond.

　　　　DATED this 28th day of August, 2018.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE