**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| SHERRIE LYNN LEWIS,<br><br>    Plaintiff,<br><br>    v.<br><br>BASHIR H. NONE ABDI, et al.,<br><br>    Defendants. | Case No. 2:18-cv-00408-APG-CWH<br><br>**ORDER DISMISSING CASE** |

   Based on the parties' stipulation for dismissal (ECF No. 23),

   IT IS HEREBY ORDERED that this action is dismissed. The clerk of the court is directed to close the case.

   DATED this 31st day of August, 2018.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE